**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD KEENE, C.H., by his parent and natural guardian, BRITTNY KEENE, JAMES MILLER, KENNETH PECKINPAUGH, ANDREW HOLMSTROM and ROBERT BECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEKNI-PLEX, INC.,<br><br>Defendant. | Case No. 2:25-cv-05584-CFK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT**
**TO FED. R. CIV. P. 41(a)(1)**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Donald Keene, C.H. by his parent and natural guardian Brittny Keene, James Miller, Kenneth Peckinpaugh, Andrew Holmstrom, and Robert Beck, hereby voluntarily dismiss their claims in the above-captioned action, without prejudice to their individual claims or the claims of the putative class, against Defendant.

Dated: April 6, 2026

Respectfully submitted,

*/s/ Samantha E. Holbrook*

Samantha E. Holbrook (PA ID 311829)
Benjamin F. Johns (PA ID 201373)
**SHUB JOHNS & HOLBROOK, LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
sholbrook@shublawyers.com
bjohns@shublawyers.com

Kenneth J. Grunfeld
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 525-4100

grunfeld@kolawyers.com

Marc H. Edelson
Liberato P. Verderame
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

***Interim Co-Lead Class Counsel***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2026, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Samantha E. Holbrook*
Samantha E. Holbrook